UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cr-80195-Marra/Matthewman

18 U.S.C. § 2251(a) & (e)
18 U.S.C. § 2253

UNITED STATES OF AMERICA,

vs.

DAVID A. WOLFE,
 a/k/a/ "ravioliandanap,"

   Defendant.
_____/

FILED BY SP D.C.
DEC 02 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### 18 U.S.C. §§ 2251(a) and (e)
### (production of child pornography)

Between on or about October 27, 2020, through on or about April 18, 2021, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**DAVID A. WOLFE,**
a/k/a/ "ravioliandanap",

did knowingly and intentionally employ, use, persuade, induce, and entice a minor, that is Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and transmitting a live visual depiction of such conduct, which visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 2
## 18 U.S.C. §§ 2251(a) and (e)
### (production of child pornography)

Between on or about September 26, 2020, through on or about November 5, 2020, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**DAVID A. WOLFE,**
a/k/a/ "ravioliandanap",

did knowingly and intentionally employ, use, persuade, induce, and entice a minor, that is Minor Victim 2, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and transmitting a live visual depiction of such conduct, which visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 3
## 18 U.S.C. §§ 2251(a) and (e)
### (production of child pornography)

Between on or about November 29, 2020, through on or about January 2, 2021, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**DAVID A. WOLFE,**
a/k/a/ "ravioliandanap",

did knowingly and intentionally employ, use, persuade, induce, and entice a minor, that is Minor Victim 3, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and transmitting a live visual depiction of such conduct, which visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means,

including by computer, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **DAVID A. WOLFE,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2251, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

(a) any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of the offense or any property traceable to such property.

All pursuant to Title 18, United States Code, Section 2253(a), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL.

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DAVID A. WOLFE,
a/k/a/ "ravioliandanap,"

Defendant.
_____/

CASE NO. 21-cr-80195-Marra/Matthewman

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

Court Division: (Select One)
___ Miami  ___ Key West
___ FTL    ✓ WPB  ___ FTP

New defendant(s)         Yes ___  No ___
Number of new defendants ___
Total number of counts   ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect ___

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                         (Check only one)
   I    0 to 5 days         ✓              Petty     ___
   II   6 to 10 days        ___            Minor     ___
   III  11 to 20 days       ___            Misdem.   ___
   IV   21 to 60 days       ___            Felony    ✓
   V    61 days and over    ___

6. Has this case previously been filed in this District Court? (Yes or No) No
   If yes: Judge ___  Case No. ___
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) No
   If yes: Magistrate Case No. ___
   Related miscellaneous numbers: 21-8201, 21-8064, 21-8397, 21-8395, 21-8401, 21-8402
   Defendant(s) in federal custody as of ___
   Defendant(s) in state custody as of ___
   Rule 20 from the District of ___

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes ___  No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ___  No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?    Yes ___  No ✓

*Gregory Schiller*
ASSISTANT UNITED STATES ATTORNEY
GREGORY SCHILLER

*Penalty Sheet(s) attached

REV 6/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: DAVID A. WOLFE

Case No: 21-cr-80195-Marra/Matthewman

Counts #: 1-3

Production of Child Pornography

Title 18, United States Code, Section 2251(a) and (e)

*Max. Penalty: 30 Years' Imprisonment (15 year mandatory minimum), $250,000 fine, Supervised Release of 5 Years to Life, $5000 Special Assessment, $100 Assessment, Restitution

*Refers only to possible term of incarceration, fines, special assessments, restitution, does not include possible parole terms or forfeitures that may be applicable.